UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LINDA SUE SEXTON and
MICHAEL SEXTON,

    Plaintiffs,

v.

LARRY LYNN DUNN, THOMAS CERNUTO, REDFORD CHARTER TOWNSHIP, a municipal corporation, jointly and severally,

    Defendants.

HON. MARK A. GOLDSMITH
Case No. 2:19-cv-12574-MAG-APP

---

HADDAD LAW FIRM, PLC
Issa G. Haddad (P71699)
Attorney for Plaintiffs
30600 Telegraph Road, Suite 3150
Bingham Farms, MI  48025
(248) 633-8500
issa@haddlaw.com

MARKO LAW, PLLC
Jonathan R. Marko (P74250)
Attorney for Plaintiffs
27735 Jefferson Avenue
St. Clair Shores, MI  48081
(616) 813-7627
jon@jmarkolaw.com

LAKIN LAW PLLC
Marc R. Lakin (P41147)
Attorney for Defendant Dunn
283 E. Frank Street
Birmingham, MI  48009-3636
(248)723-1199/Fax:  (248) 594-7546
marclakin@mac.com

KELLER THOMA, P.C.
Thomas L. Fleury (P24064)
Gouri G. Sashital (P64628)
Kathryn E. Jones (P75431)
Attorneys for Defendant Cernuto
26555 Evergreen, Suite 1240
Southfield, MI  48076
(313) 965-0857/Fax: (313) 965-4480
tlf@kellerthoma.com
gsr@kellerthoma.com
kej@kellerthoma.com

CUMMINGS, McCLOREY, DAVIS & ACHO
Suzanne P. Bartos (P36490)
Attorney for Defendant
Redford Charter Township
17436 College Parkway
Livonia, MI  48152
(734) 261-2400/Fax:  (734) 261-4510
sbartos@cmda-law.com

## NOTICE OF APPEARANCE

GOURI G. SASHITAL of the law firm KELLER THOMA, P.C., hereby enters her appearance as counsel on behalf of Defendant Thomas Cernuto in connection with the above-captioned matter.

                                      Respectfully submitted,

                                      KELLER THOMA, P.C.

                          By:   /s/ Gouri G. Sashital
                                      Gouri G. Sashital (P64628)
                                      Attorneys for Defendant Cernuto
                                      26555 Evergreen Road, Suite 1240
                                      Southfield, MI  48076
                                      (313) 965-8936

Dated:  September 10, 2019           gsr@kellerthoma.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2019, I electronically filed the foregoing paper, *Notice of Appearance* with the Clerk of the Court using the ECF system which will send notification to all counsel of record, and via First Class, U.S. Mail upon:

| | |
|---|---|
| Issa G. Haddad<br>Haddad Law Firm, PLC<br>30600 Telegraph Road, Suite 3150<br>Bingham Farms, MI  48025 | Marc R. Lakin, Esq.<br>Lakin Law PLLC<br>283 E. Frank Street<br>Birmingham, MI  48009-3636 |
| Jonathan R. Marko, Esq.<br>Marko Law, PLLC<br>Attorney for Plaintiffs<br>27735 Jefferson Avenue<br>St. Clair Shores, MI  48081 | Suzanne P. Bartos, Esq.<br>Cummings, McClorey, Davis & Acho<br>17436 College Parkway<br>Livonia, MI  48152 |

                          By:   /s/Gouri G. Sashital
                                      Gouri G. Sashital (P64628)