2:19-cv-12574-MAG-APP

| State Case: | **SUMMONS** |
|---|---|
| Case No.: | **19-010150-NO** |

# PROOF OF SERVICE

TO PROCESS SERVER: You are to serve the summons and complaint not later than 91 days from the date of filing or the date of expiration on the order for second summons. You must make and file your return with the court clerk. If you are unable to complete service you must return this original and all copies to the court clerk.

### CERTIFICATE / AFFIDAVIT OF SERVICE / NONSERVICE

☐ **OFFICER CERTIFICATE**     OR     ☒ **AFFIDAVIT OF PROCESS SERVER**

I certify that I am a sheriff, deputy sheriff, bailiff, appointed court officer, or attorney for a party (MCR 2.104[A][2]), and that: (notarization not required)

Being first duly sworn, I state that I am a legally competent adult who is not a party or an officer of a corporate party, and that: (notarization required)

☒ I served personally a copy of the summons and complaint.

☐ I served by registered or certified mail (copy of return receipt attached) a copy of the summons and complaint, together with _____
List all documents served with the Summons and Complaint

_____ on the defendant(s):

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
| LARRY Lynn DUNN | 8782 Birkhill DR Sterling Heights, MI 48314 | 8-11-2019 7:45PM |

☐ I have personally attempted to serve the summons and complaint, together with any attachments, on the following defendant(s) and have been unable to complete service.

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
| | | |

I declare under the penalties of perjury that this proof of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| Service fee $ | Miles traveled $ | Fee $ |
|---|---|---|
| Incorrect address fee $ | Miles traveled $ | Fee $ | Total fee $ |

Signature: _JERMIE NICKIE_
Name (type or print): _Jerome S_
Title

Subscribed and sworn to before me on __8-14-19__ Date , __Oakland__ County, Michigan.

My commission expires: __9-24-2024__ Signature: _Chanel Zaitouna_ Deputy court clerk/Notary public

Notary public, State of Michigan, County of __Macomb__

**Chanel Zaitouna, Notary Public**
State of Michigan, County of Macomb
My Commission Expires 9/29/2024
Acting in the County of Oakland

### ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of the summons and complaint, together with _____ Attachments

_____ on _____ Day, date, time

on behalf of _____

_____
Signature