UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

LINDA SUE SEXTON, and
MICHAEL SEXTON

          Plaintiff(s),

v.

LARRY LYNN DUNN, THOMAS CERNUTO,
REDFORD CHARTER TOWNSHIP

          Defendant(s).
                                   /

Case No. 2:19-CV-12574

Judge Mark A. Goldsmith

Magistrate Judge Anthony P. Patti

## REQUEST FOR CLERK'S ENTRY OF DEFAULT

In accordance with Fed. R. Civ. P. 55(a), I request that a Clerk's Entry of Default be entered against Defendant LARRY LYNN DUNN for failure to plead or otherwise defend.

## **AFFIDAVIT**

In support of my request for Clerk's Entry of Default, I state that:

1. The summons and complaint were served on Larry Dunn on August 11, 2019 at 8782 Birkhill Dr, Sterling Heights, MI 48314 by personal service.

2. The defendant has failed to plead or otherwise defend in accordance with Fed. R. Civ. P. 12.

3. The defendant is not an infant, incompetent person or a member of the military service.

4. This statement is true and is signed under the penalty of perjury.

Date: September 12, 2019

/s/ Issa G. Haddad

P71699
HADDAD LAW FIRM, PLC
30600 Telegraph Rd
Suite 3150
Bingham Farms, MI 48025
248-633-8500
issa@haddlaw.com