UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LINDA SUE SEXTON, and MICHAEL SEXTON,

        Plaintiffs,

Vs.

Case No. 19-cv-12574
HON. MARK A. GOLDSMITH

LARRY LYNN DUNN,
THOMAS CERNUTO, and
REDFORD CHARTER TOWNSHIP (a municipal corporation),
jointly and severally,

        Defendants.

| | |
|---|---|
| HADDAD LAW FIRM, PLC<br>Issa G. Haddad (P71699)<br>Attorney for Plaintiffs<br>30600 Telegraph Road, Suite 3150<br>Bingham Farms, MI 48025<br>(248) 633-8500<br>issa@haddlaw.com<br><br>MARKO LAW, PLLC<br>Jonathan R. Marko (P74250)<br>Attorney for Plaintiffs<br>27735 Jefferson Avenue<br>St. Clair Shores, MI 48081<br>(616) 813-7627<br>jon@jmarkolaw.com<br><br>LAKIN LAW PLLC<br>Marc R. Lakin (P41147)<br>Attorney for Defendant Dunn<br>283 E. Frank Street<br>Birmingham, MI 48009-3636<br>(248)723-1199/Fax: (248) 594-7546<br>marclakin@mac.com | KELLER THOMA, P.C.<br>Thomas L. Fleury (P24064)<br>Kathryn E. Jones (P75431)<br>Attorneys for Defendant Cernuto<br>26555 Evergreen, Suite 1240<br>Southfield, MI 48076<br>(313) 965-0857<br>Fax: (313) 965-4480<br>tlf@kellerthoma.com<br>kej@kellerthoma.com<br><br>CUMMINGS, McCLOREY, DAVIS & ACHO<br>Suzanne P. Bartos (P36490)<br>Attorney for Defendant Redford<br>17436 College Parkway<br>Livonia, MI 48152<br>(734) 261-2400<br>Fax: (734) 261-4510<br>sbartos@cmda-law.com |

## NOTICE OF APPEARANCE

Attorney Marc R. Lakin, of Lakin Law PLLC, enters his Appearance on behalf of Defendant, Larry Lynn Dunn, in this case.

Dated: September 13, 2019

Respectfully submitted,

By: /s/*Marc R. Lakin*
MARC R. LAKIN (P41147)
Attorney for Defendant Dunn
283 E. Frank
Birmingham, MI 48009
(248) 723-1199
marclakin@mac.com

## CERTIFICATE OF SERVICE

I certify that on September 13, 2019, I electronically filed the above *Appearance* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the parties of record.

By: /s/*Marc R. Lakin*
MARC R. LAKIN (P41147)
Attorney for Defendant Dunn