UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LINDA SUE SEXTON, et al.,

       Plaintiffs,                           Case No. 19-12574

vs.                                             HON. MARK A. GOLDSMITH

THOMAS CERNUTO, et al.,

       Defendants.
_____/

**<u>ORDER REGARDING REMOVAL</u>**

       This matter has been removed to this Court. <u>See</u> Notice of Removal (Dkt. 1). Within five (5) days of today's date, the removing party shall file with this Court — as separate docket entries — all answers, amended pleadings, responsive pleadings, pending motions, and responses/replies to those motions that were originally filed in state court. The Court generally will not consider any unresolved motions pending in state court at the time of removal, unless they have been re-filed on this Court's docket. The same is true for any responses or replies that had been filed in state court in connection with motions not yet resolved at the time of removal.

       To the extent briefing has not been completed on a pending motion at the time of removal, the briefing schedule set forth in Local Rule 7.1(e) applies upon docketing with this Court, unless the Court orders otherwise.

       SO ORDERED.

Dated: September 13, 2019            s/Mark A. Goldsmith
       Detroit, Michigan              MARK A. GOLDSMITH
                                                    United States District Judge