UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Linda Sue Sexton, et al.,

                Plaintiff(s),

v.                                        Case No. 2:19−cv−12574−MAG−APP
                                         Hon. Mark A. Goldsmith

Thomas Cernuto, et al.,

                Defendant(s).

## CLERK'S ENTRY OF DEFAULT

Party in Default:  Larry Lynn Dunn

   The default of the party named above for failure to plead or otherwise defend is entered.

## Certificate of Service

   I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                          DAVID J. WEAVER, CLERK OF COURT

                                          By: s/ L. Granger
                                                Deputy Clerk

Dated:   September 13, 2019