UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LINDA SUE SEXTON, et al.,

      Plaintiffs,                        Case No. 19-12574

vs.                                       HON. MARK A. GOLDSMITH

THOMAS CERNUTO, et al.,

      Defendants.
_____/

## ORDER ON BRIEFING

      Defendant's motion to dismiss is fully briefed (Dkt. 31). Unless notified otherwise by the Court, this motion will be decided based on the parties' briefing. See E.D. Mich. LR 7.1(f)(2). Please do not call the Court regarding the status of setting a hearing.

      SO ORDERED.

Dated: February 3, 2020                    s/Mark A. Goldsmith
      Detroit, Michigan                   MARK A. GOLDSMITH
                                              United States District Judge