UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LINDA SUE SEXTON, et al.,

        Plaintiffs,                          Case No. 19-12574

vs.                                  HON. MARK A. GOLDSMITH

THOMAS CERNUTO, et al.

        Defendants.

_____/

## AMENDED CASE MANAGEMENT AND SCHEDULING ORDER

The Case Management and Scheduling Order entered on October 16, 2019 (Dkt. 23) is modified as follows:

| EVENT | DEADLINE |
|---|---|
| Fact Discovery | **July 10, 2020** |
| Expert Discovery | **July 10, 2020** |
| Dispositive Motions & Motions to Limit/Exclude Expert Testimony | **July 24, 2020** |
| All Other Motions, Including Motions in Limine | **November 9, 2020** |
| Joint Final pretrial Order | **November 9, 2020** |
| Final Settlement Conference | **November 30, 2020 @ 1:30 p.m.** |
| Final Pretrial Conference | **December 21, 2020 @ 1:30 p.m.** |
| Trial – Jury | **January 11, 2021 @ 8:30 a.m.** |

SO ORDERED.

Dated:  June 12, 2020                   s/Mark A. Goldsmith_____
       Detroit, Michigan               MARK A. GOLDSMITH
                                 United States District Judge